**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

**HONORABLE MANUEL BARBOSA**                Hearing Date: _____

Bankruptcy Case No.  __09 B 70828__    Adversary No. _____

Title of Cause: _____ Julius L. Edgeston and _____

_____ Joselyn K. Edgeston _____

Brief Statement
of Motion: _____ Clerk's Notice of Hearing Regarding the _____

_____ Failure to Pay Filing Fees _____

Name and Addresses
of moving counsel: _____

_____

_____

Representing: _____

### ORDER

_____

____ IT IS HEREBY ORDERED that, the Debtor having failed to pay

the filing fees in full, this case is dismissed.

SEP 18 2009